NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN I. ADLER,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3024

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100512-I-1.

---

## ON MOTION

---

## ORDER

Stephen I. Adler moves for leave to file his corrected informal brief out of time, and submits a motion for other various relief, asserting inter alia that the respondent did not timely respond.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave is granted. The Office of Personnel Management should calculate its brief due date from the date of filing of this order.

(2) The motion for other various relief is denied.


FOR THE COURT


__MAR 1 7 2011__                        /s/ Jan Horbaly
        Date                            Jan Horbaly
                                        Clerk


cc:  Stephen I. Adler
     Douglas T. Hoffman, Esq.

s21


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK